JS 44C/SDNY
REV. 2/2016

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

PLAINTIFFS
YING ZHAO, Individually and on Behalf of All Others Similarly Situated,

DEFENDANTS
FXCM INC., DROR NIV, and ROBERT N. LANDE,

ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER
Pomerantz, LLP
600 Third Avenue
New York, NY 10016; T: (212) 661-1100

ATTORNEYS (IF KNOWN)

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

15 U.S.C. §§ 78j(b) and 78t(a)) and Rule 10b-5 promulgated thereunder by the SEC (17 C.F.R. § 240.10b-5)

Has this action, case, or proceeding, or one essentially the same been previously filed in SDNY at any time? No [ ] Yes [✔] Judge Previously Assigned

If yes, was this case  Vol.[ ]  Invol. [ ]  Dismissed.  No [ ]  Yes [ ]   If yes, give date _____ & Case No. _____

IS THIS AN INTERNATIONAL ARBITRATION CASE?        No [x]        Yes [ ]

(PLACE AN [x] IN ONE BOX ONLY)                    NATURE OF SUIT

TORTS                                                                      ACTIONS UNDER STATUTES

**CONTRACT**

[ ] 110   INSURANCE
[ ] 120   MARINE
[ ] 130   MILLER ACT
[ ] 140   NEGOTIABLE
          INSTRUMENT
[ ] 150   RECOVERY OF
          OVERPAYMENT &
          ENFORCEMENT
          OF JUDGMENT
[ ] 151   MEDICARE ACT
[ ] 152   RECOVERY OF
          DEFAULTED
          STUDENT LOANS
          (EXCL VETERANS)
[ ] 153   RECOVERY OF
          OVERPAYMENT
          OF VETERAN'S
          BENEFITS
[ ] 160   STOCKHOLDERS
          SUITS
[ ] 190   OTHER
          CONTRACT
[ ] 195   CONTRACT
          PRODUCT
          LIABILITY
[ ] 196   FRANCHISE

**REAL PROPERTY**

[ ] 210   LAND
          CONDEMNATION
[ ] 220   FORECLOSURE
[ ] 230   RENT LEASE &
          EJECTMENT
[ ] 240   TORTS TO LAND
[ ] 245   TORT PRODUCT
          LIABILITY
[ ] 290   ALL OTHER
          REAL PROPERTY

**PERSONAL INJURY**

[ ] 310 AIRPLANE
[ ] 315 AIRPLANE PRODUCT
        LIABILITY
[ ] 320 ASSAULT, LIBEL &
        SLANDER
[ ] 330 FEDERAL
        EMPLOYERS'
        LIABILITY
[ ] 340 MARINE
[ ] 345 MARINE PRODUCT
        LIABILITY
[ ] 350 MOTOR VEHICLE
[ ] 355 MOTOR VEHICLE
        PRODUCT LIABILITY
[ ] 360 OTHER PERSONAL
        INJURY
[ ] 362 PERSONAL INJURY -
        MED MALPRACTICE

**ACTIONS UNDER STATUTES**

**CIVIL RIGHTS**

[ ] 440  OTHER CIVIL RIGHTS
         (Non-Prisoner)
[ ] 441 VOTING
[ ] 442 EMPLOYMENT
[ ] 443 HOUSING/
        ACCOMMODATIONS
[ ] 445 AMERICANS WITH
        DISABILITIES -
        EMPLOYMENT
[ ] 446  AMERICANS WITH
         DISABILITIES -OTHER
[ ] 448 EDUCATION

**PERSONAL INJURY**
[ ] 367 HEALTHCARE/
PHARMACEUTICAL PERSONAL
INJURY/PRODUCT LIABILITY
[ ] 365 PERSONAL INJURY
        PRODUCT LIABILITY
[ ] 368 ASBESTOS PERSONAL
        INJURY PRODUCT
        LIABILITY

**PERSONAL PROPERTY**

[ ] 370 OTHER FRAUD
[ ] 371 TRUTH IN LENDING

[ ] 380 OTHER PERSONAL
        PROPERTY DAMAGE
[ ] 385 PROPERTY DAMAGE
        PRODUCT LIABILITY

**PRISONER PETITIONS**
[ ] 463 ALIEN DETAINEE
[ ] 510 MOTIONS TO
        VACATE SENTENCE
        28 USC 2255
[ ] 530 HABEAS CORPUS
[ ] 535 DEATH PENALTY
[ ] 540 MANDAMUS & OTHER

**PRISONER CIVIL RIGHTS**

[ ] 550 CIVIL RIGHTS
[ ] 555 PRISON CONDITION
[ ] 560 CIVIL DETAINEE
        CONDITIONS OF CONFINEMENT

**FORFEITURE/PENALTY**

[ ] 625 DRUG RELATED
        SEIZURE OF PROPERTY
        21 USC 881
[ ] 690 OTHER

**LABOR**

[ ] 710 FAIR LABOR
        STANDARDS ACT
[ ] 720 LABOR/MGMT
        RELATIONS
[ ] 740 RAILWAY LABOR ACT
[ ]  751 FAMILY MEDICAL
        LEAVE ACT (FMLA)
[ ] 790 OTHER LABOR
        LITIGATION
[ ] 791 EMPL RET INC
        SECURITY ACT (ERISA)

**IMMIGRATION**

[ ] 462 NATURALIZATION
        APPLICATION
[ ] 465 OTHER IMMIGRATION
        ACTIONS

**BANKRUPTCY**

[ ] 422 APPEAL
        28 USC 158
[ ] 423 WITHDRAWAL
        28 USC 157

**PROPERTY RIGHTS**

[ ] 820 COPYRIGHTS
[ ] 830 PATENT
[ ] 840 TRADEMARK

**SOCIAL SECURITY**

[ ] 861 HIA (1395ff)
[ ] 862 BLACK LUNG (923)
[ ] 863 DIWC/DIWW (405(g))
[ ] 864 SSID TITLE XVI
[ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**

[ ] 870 TAXES (U.S. Plaintiff or
        Defendant)
[ ] 871 IRS-THIRD PARTY
        26 USC 7609

**OTHER STATUTES**

[ ] 375 FALSE CLAIMS
[ ] 376 QUI TAM
[ ] 400 STATE
        REAPPORTIONMENT
[ ] 410 ANTITRUST
[ ] 430 BANKS & BANKING
[ ] 450 COMMERCE
[ ] 460 DEPORTATION
[ ] 470 RACKETEER INFLU-
        ENCED & CORRUPT
        ORGANIZATION ACT
        (RICO)
[ ] 480  CONSUMER CREDIT
[ ] 490  CABLE/SATELLITE TV

[x] 850 SECURITIES/
        COMMODITIES/
        EXCHANGE

[ ] 890 OTHER STATUTORY
        ACTIONS
[ ] 891 AGRICULTURAL ACTS

[ ] 893 ENVIRONMENTAL
        MATTERS
[ ] 895 FREEDOM OF
        INFORMATION ACT
[ ] 896 ARBITRATION
[ ] 899 ADMINISTRATIVE
        PROCEDURE ACT/REVIEW OR
        APPEAL OF AGENCY DECISION
[ ] 950 CONSTITUTIONALITY OF
        STATE STATUTES

Check if demanded in complaint:

[✔] CHECK IF THIS IS A CLASS ACTION
    UNDER F.R.C.P. 23

DEMAND $_____ OTHER _____

Check YES only if demanded in complaint
JURY DEMAND: [x] YES  [ ] NO

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.?
IF SO, STATE:

JUDGE Ronnie Abrams                          DOCKET NUMBER 17-cv-00916

NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32).

(PLACE AN x IN ONE BOX ONLY)

**ORIGIN**

[X] 1 Original
Proceeding

[ ] 2 Removed from
State Court
[ ] a. all parties represented
[ ] b. At least one
party is pro se.

[ ] 3 Remanded
from
Appellate
Court

[ ] 4 Reinstated or
Reopened

[ ] 5 Transferred from
(Specify District)

[ ] 6 Multidistrict
Litigation

[ ] 7 Appeal to District
Judge from
Magistrate Judge
Judgment

(PLACE AN x IN ONE BOX ONLY)

**BASIS OF JURISDICTION**

*IF DIVERSITY, INDICATE
CITIZENSHIP BELOW.*

[ ] 1 U.S. PLAINTIFF  [ ] 2 U.S. DEFENDANT  [X] 3 FEDERAL QUESTION
(U.S. NOT A PARTY)  [ ] 4 DIVERSITY

CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)

(Place an [X] in one box for Plaintiff and one box for Defendant)

|  | PTF | DEF |  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ]1 | [ ]1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ]3 | [ ]3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ]5 | [ ]5 |
| CITIZEN OF ANOTHER STATE | [ ]2 | [ ]2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ]4 | [ ]4 | FOREIGN NATION | [ ]6 | [ ]6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)
YING ZHAO
(Allegheny County, PA)

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)
FXCM INC., 55 Water Street, 50th Floor, New York, New York 10041 (New York County)
DROR NIV, c/o FXCM INC.
ROBERT N. LANDE, c/o FXCM INC.

DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN
THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

Check one:   THIS ACTION SHOULD BE ASSIGNED TO:   [ ] WHITE PLAINS   [X] MANHATTAN
(DO NOT check either box if this a PRISONER PETITION/PRISONER CIVIL RIGHTS COMPLAINT.)

DATE 2/8/17   SIGNATURE OF ATTORNEY OF RECORD /s/ Jeremy A. Lieberman

ADMITTED TO PRACTICE IN THIS DISTRICT
[ ] NO
[X] YES (DATE ADMITTED Mo.01 Yr. 2006 )
Attorney Bar Code # JL6130

RECEIPT #

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

Ruby J. Krajick, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)