AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| YING ZHAO, et al., | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )  Case No. 17-cv-00955 |
| FXCM INC., et al., | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, YING ZHAO.

Date: 02/10/2017

/s/J. Alexander Hood II
*Attorney's signature*

J. Alexander Hood II (JA4625)
*Printed name and bar number*

Pomerantz LLP
600 Third Avenue, 20th Floor
New York, NY 10016
*Address*

ahood@pomlaw.com
*E-mail address*

(212) 661-1100
*Telephone number*

(917) 463-1044
*FAX number*

Print    Save As...    Reset