UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YING ZHAO, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> - against- <br><br> FXCM INC., DROR NIV and ROBERT N. LANDE, <br><br> Defendants. | § § § § § § § § § § § § <br><br> CASE NO. 1:17-cv-00955 -RA <br><br> **NOTICE OF APPEARANCE** |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Defendants FXCM Inc. (n/k/a Global Brokerage, Inc.), Dror Niv and Robert N. Lande.

Dated:  March 30, 2017                                             Respectfully Submitted,

/s/ *Israel Dahan*
Israel Dahan (Lead Attorney)
idahan@kslaw.com
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY  10036
(212) 556-2100

*Attorney for Defendants*
*FXCM Inc., Dror Niv and Robert N. Lande*