Exhibit 2

**CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS**

I, Sergey Regukh

      duly certify and say, as to the claims asserted under the federal securities laws, that:

      1. I have reviewed a complaint filed in this action;

      2. I did not purchase the securities that are the subject of this Complaint at the direction of Plaintiffs' counsel or in order to participate in this litigation;

      3. I am willing to serve as a representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary;

      4. My transaction(s) in FXCM Inc. which are the subject of this litigation during the class period set forth in the complaint are set forth in the chart attached hereto.

      5. During the three years prior to the date of this Certification, I have not participated, nor have I sought to participate, as a representative in any class action suit in the United States District Courts under the federal securities laws.

      6. I have not received, been promised or offered, and will not accept, any form of compensation, directly or indirectly, for prosecuting or serving as a representative party in this class action, except for: (i) such damages or other relief as the Court may award to me as my pro rata share of any recovery or judgment; (ii) such reasonable fees, costs or other payments as the Court expressly approves to be paid to or on behalf of me; or (iii) reimbursement, paid by my attorneys, of actual or reasonable out-of-pocket expenditures incurred directly in connection with the prosecution of this action.

      I hereby certify, under penalty of perjury, that the foregoing is true and correct. Executed this 6th day of April 2017.

Signed:

NAME:    Sergey Regukh

Schedule A of Movant for Global Brokerage, Inc. (f/k/a FXCM, Inc.)
Class Period: March 15, 2012 - February 6, 2017
Class Period Cusip: 302693205
Present Cusip after 02/27/17 change: 37891B109
Note: 1 for 10 reverse split on October 1, 2015

| Purchase Date | Actual # of shares | Actual Price | Split-adjusted # of shares (1:10 on 10/1/15) | Split Adjusted Price |
|---|---|---|---|---|
| **Pre-split trades** | | | | |
| 03/27/15 | 41,689 | $2.14 | 4,169 | $21.40 |
| 03/30/15 | 30,000 | $2.16 | 3,000 | $21.60 |
| 03/31/15 | 100 | $2.61 | 10 | $26.10 |
| 04/01/15 | 1,000 | $2.17 | 100 | $21.70 |
| 04/02/15 | 70,000 | $2.20 | 7,000 | $22.00 |
| 04/09/15 | 1,100 | $2.27 | 110 | $22.70 |
| 04/10/15 | 6,739 | $2.22 | 674 | $22.20 |
| 04/13/15 | 104,000 | $2.22 | 10,400 | $22.20 |
| 05/07/15 | 6,384 | $1.84 | 638 | $18.40 |
| 05/08/15 | 88,666 | $1.94 | 8,867 | $19.40 |
| 05/13/15 | 100,000 | $1.86 | 10,000 | $18.60 |
| 05/14/15 | 100,000 | $1.72 | 10,000 | $17.20 |
| 06/04/15 | 70,000 | $1.48 | 7,000 | $14.80 |
| 06/08/15 | 52,917 | $1.68 | 5,292 | $16.80 |
| 06/15/15 | 191,990 | $1.52 | 19,199 | $15.20 |
| 06/16/15 | 18,000 | $1.52 | 1,800 | $15.20 |
| 08/03/15 | 54,312 | $1.10 | 5,431 | $11.00 |
| 08/04/15 | 10,000 | $1.10 | 1,000 | $11.00 |
| 08/05/15 | 92,590 | $1.10 | 9,259 | $11.00 |
| 08/06/15 | 52,600 | $1.04 | 5,260 | $10.40 |
| 08/07/15 | 207,301 | $0.94 | 20,730 | $9.40 |
| 08/07/15 | 93,810 | $0.92 | 9,381 | $9.20 |
| **Post-split trades** | | | | |
| 01/11/16 | 28,500 | $13.00 | 28,500 | $13.00 |
| 06/10/16 | 12,941 | $8.52 | 12,941 | $8.52 |