**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TONY KHOURY, Individually and On Behalf of All Others Similarly Situated,<br><br><br>                Plaintiff,<br>v.<br><br>FXCM INC.,<br>DROR NIV, and ROBERT LANDE,<br><br>                Defendants. | Civil Action No. 1:17-cv-00916 |
| YING ZHAO, Individually and On Behalf of All Others Similarly Situated,<br><br><br>                Plaintiff,<br>v.<br><br>FXCM INC.,<br>DROR NIV, and ROBERT N. LANDE,<br><br>                Defendants. | Civil Action No. 1:17-cv-00955 |
| DAVID BLINN, Individually and On Behalf of All Others Similarly Situated,<br><br><br>                Plaintiff,<br>v.<br><br>FXCM INC.,<br>DROR NIV, and ROBERT N. LANDE,<br><br>                Defendants. | Civil Action No. 1:17-cv-01028 |

| | |
|---|---|
| 683 CAPITAL PARTNERS, LP, Individually and On Behalf of All Others Similarly Situated,<br><br><br>Plaintiff,<br>v.<br><br><br>GLOBAL BROKERAGE, INC. f/k/a FXCM INC., DROR NIV, and ROBERT LANDE,<br><br>Defendants. | Civil Action No. 1:17-cv-02506 |

## DECLARATION OF JEFFREY C. BLOCK IN SUPPORT OF MOTION OF ADI DAMTY AND ABED LATIF TO CONSOLIDATE ALL RELATED ACTIONS AND FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF THEIR <u>SELECTION OF COUNSEL</u>

The undersigned, under penalties of perjury under the laws of the United States of America, declares as follows.

1.      I am a partner at Block & Leviton LLP ("Block & Leviton"), admitted to practice in New York and before this Court. I submit this Declaration in support of Adi Damty and Abed Latif's Motion to Consolidate all Related Actions and for Appointment as Lead Plaintiff and Approval of Their Selection of Counsel.

2.      Attached hereto are true and accurate copies of the following exhibits:

A.      A press release entitled "EQUITY ALERT: Rosen Law Firm Files Securities Class Action Lawsuit Against FXCM Inc. - FXCM," issued on Globe Newswire on February 7, 2017;

B.      The certification of Adi Damty;

C.      The certification of Abed Latif;

D.      The loss calculation chart of Adi Damty;

E.      The loss calculation chart of Abed Latif;

F.   The Joint Declaration Of Adi Damty and Abed Latif In Support Of Their Motion For Appointment As Co-Lead Plaintiffs And For Approval Of Their Selection Of Lead Counsel; and

G.   Block & Leviton's firm resume.

Signed under penalties of perjury this 10th day of April 2017.

/s/ Jeffrey C. Block
Jeffrey C. Block