# EXHIBIT

# E

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **FIFO Loss Chart Report** | | | | | | | | | | |

| | | |
|---|---|---|
| | | |
| Abed Latiff (FXCM) | Class Period Beginning: | 03/15/2012 |
| First-In First-Out("FIFO")Share Accounting Gain(Loss) Analysis | Class Period End: | 02/06/2017 |
| Security: 302693205 | Lookback Period Beginning: | 02/07/2017 |
| Class Period: March 15,2012 - February 06,2017 | Lookback Period End: | 04/05/2017 |
| | Days in Lookback Period: | 57 |
| | Lookback Period Average Closing Price: | $2.863 |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @04/05/17 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Pre-Class Period Holdings :  0.0000** | | | | | | | | | | | |
| **1A. Pre-Class Period Holdings Sold Through End of Class Period** | | | | | | | | | | | |
| **1A. Total** | | 0 | | | | | 0 | | $0.00 | 0 | |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @04/05/17 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **1B. Pre-Class Period Holdings Sold During Lookback Period** | | | | | | | | | | | |
| **1B. Total** | | 0 | | | | | 0 | | $0.00 | 0 | |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @04/05/17 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **1C. Pre-Class Period Holdings Held at the End of Lookback Period** | | | | | | | | | | | |
| **1C. Total** | | 0 | | | | | | | | | |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @04/05/17 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **2A. ClassPeriod Purchases Sold Prior to End of Class Period** | | | | | | | | | | | |
| Purchase | 1/22/2015 | 200 | $29.20 | $5,840.00 | Sale | 03/16/2015 | 200 | $24.101 | $4,820.20 | 0 | ($1,019.80) |
| Purchase | 1/22/2015 | 240 | $31.00 | $7,440.00 | Sale | 03/16/2015 | 240 | $24.101 | $5,784.24 | 0 | ($1,655.76) |
| Purchase | 1/23/2015 | 60 | $26.80 | $1,608.00 | Sale | 03/16/2015 | 60 | $24.101 | $1,446.06 | 0 | ($161.94) |
| Purchase | 1/23/2015 | 200 | $26.80 | $5,360.00 | Sale | 03/20/2015 | 200 | $21.40 | $4,280.00 | 0 | ($1,080.00) |
| Purchase | 1/28/2015 | 200 | $24.00 | $4,800.00 | Sale | 03/20/2015 | 200 | $21.40 | $4,280.00 | 0 | ($520.00) |
| Purchase | 4/14/2015 | 185 | $21.60 | $3,996.00 | Sale | 07/23/2015 | 185 | $10.3005 | $1,905.59 | 0 | ($2,090.40) |
| Purchase | 4/27/2015 | 300 | $20.40 | $6,120.00 | Sale | 07/23/2015 | 300 | $10.3005 | $3,090.15 | 0 | ($3,029.85) |
| Purchase | 7/8/2015 | 250 | $12.80 | $3,200.00 | Sale | 07/23/2015 | 250 | $10.3005 | $2,575.12 | 0 | ($624.87) |
| Purchase | 8/28/2015 | 620 | $9.66 | $5,988.89 | Sale | 09/02/2015 | 620 | $9.6079 | $5,956.89 | 0 | ($31.99) |
| Purchase | 9/4/2015 | 192.1 | $9.05 | $1,738.50 | Sale | 09/16/2015 | 192.1 | $8.50 | $1,632.85 | 0 | ($105.65) |
| Purchase | 9/4/2015 | 527.9 | $9.05 | $4,777.49 | Sale | 09/17/2015 | 527.9 | $9.20 | $4,856.68 | 0 | $79.18 |
| Purchase | 9/18/2015 | 900 | $8.30 | $7,470.00 | Sale | 10/05/2015 | 900 | $9.19 | $8,271.00 | 0 | $801.00 |
| **2A. Total** | | **3,875.00** | | **$58,338.89** | | | **3,875.00** | | **$48,898.79** | **0** | **($9,440.09)** |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @04/05/17 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **2.B) ClassPeriod Purchases Sold During Lookback Period** | | | | | | | | | | | |
| **2B. Total** | | **0** | | **$0.00** | | | **0** | | **$0.00** | **0** | **$0.00** |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @04/05/17 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **2.C) ClassPeriod Purchases Held at the End of Lookback Period** | | | | | | | | | | | |
| **2C. Total** | | **0** | | **$0.00** | | | **0** | | **$0.00** | **0** | **$0.00** |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @04/05/17 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Class Period Purchase Total | | 3,875.00 | | $58,338.89 | | | 3,875.00 | | $48,898.79 | 0 | ($9,440.09) |
| Grand Total | | 38,750.00 | | $58,338.89 | | | 30,650.00 | | $48,898.79 | 0 | |
| **Total FIFO Gain(Loss)** | | | | | | | | | | | **($9,440.09)** |

**Loss Calculation:**
1934 Act, Section 10(b).


**Retained Shares Calculation:**
Using Higher of Avg.Closing Price as of the date of sale or the Actual Sales Price.


**Share Matching:**
Using Match Same Day Transactions.


**Override Custodian Data:**
Using as reported by Custodian.


**Class Period Corporate Actions:**
10/01/2015 Stock Split 1.0 for 10.0

| | |
|---|---|
| **LIFO Loss Chart Report** | |
| | |
| | Class Period Beginning:   03/15/2012 |
| Abed Latiff (FXCM) | Class Period End:   02/06/2017 |
| Last-In First-Out("LIFO")Share Accounting Gain(Loss) Analysis | Lookback Period Beginning:   02/07/2017 |
| Security: 302693205 | Lookback Period End:   04/05/2017 |
| Class Period: March 15,2012 - February 06,2017 | Days in Lookback Period:   57 |
| | Lookback Period Average Closing Price:   $2.863 |
| | |
| | |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @04/05/17 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Pre-Class Period Holdings :  0.0000** | | | | | | | | | | | |
| **1A. Pre-Class Period Holdings Sold Through End of Class Period** | | | | | | | | | | | |
| **1A. Total** | | **0** | | | | | **0** | | **$0.00** | **0** | |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @04/05/17 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **1B. Pre-Class Period Holdings Sold During Lookback Period** | | | | | | | | | | | |
| **1B. Total** | | **0** | | | | | **0** | | **$0.00** | **0** | |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @04/05/17 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **1C. Pre-Class Period Holdings Held at the End of Lookback Period** | | | | | | | | | | | |
| **1C. Total** | | **0** | | | | | | | | **0** | |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @04/05/17 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **2A. ClassPeriod Purchases Sold Prior to End of Class Period** | | | | | | | | | | | |
| Purchase | 1/23/2015 | 260 | $26.80 | $6,968.00 | Sale | 03/16/2015 | 260 | $24.101 | $6,266.26 | 0 | ($701.74) |
| Purchase | 1/22/2015 | 40 | $29.20 | $1,168.00 | Sale | 03/16/2015 | 40 | $24.101 | $964.04 | 0 | ($203.96) |
| Purchase | 1/28/2015 | 200 | $24.00 | $4,800.00 | Sale | 03/16/2015 | 200 | $24.101 | $4,820.20 | 0 | $20.20 |
| Purchase | 1/22/2015 | 240 | $31.00 | $7,440.00 | Sale | 03/20/2015 | 240 | $21.40 | $5,136.00 | 0 | ($2,304.00) |
| Purchase | 1/22/2015 | 160 | $29.20 | $4,672.00 | Sale | 03/20/2015 | 160 | $21.40 | $3,424.00 | 0 | ($1,248.00) |
| Purchase | 4/27/2015 | 300 | $20.40 | $6,120.00 | Sale | 07/23/2015 | 300 | $10.3005 | $3,090.15 | 0 | ($3,029.85) |
| Purchase | 4/14/2015 | 185 | $21.60 | $3,996.00 | Sale | 07/23/2015 | 185 | $10.3005 | $1,905.59 | 0 | ($2,090.41) |
| Purchase | 7/8/2015 | 250 | $12.80 | $3,200.00 | Sale | 07/23/2015 | 250 | $10.3005 | $2,575.13 | 0 | ($624.88) |
| Purchase | 8/28/2015 | 620 | $9.66 | $5,988.89 | Sale | 09/02/2015 | 620 | $9.6079 | $5,956.90 | 0 | ($31.99) |
| Purchase | 9/4/2015 | 192.1 | $9.05 | $1,738.51 | Sale | 09/16/2015 | 192.1 | $8.50 | $1,632.85 | 0 | ($105.66) |
| Purchase | 9/4/2015 | 527.9 | $9.05 | $4,777.50 | Sale | 09/17/2015 | 527.9 | $9.20 | $4,856.68 | 0 | $79.18 |
| Purchase | 9/18/2015 | 900 | $8.30 | $7,470.00 | Sale | 10/05/2015 | 900 | $9.19 | $8,271.00 | 0 | $801.00 |
| **2A. Total** | | **3,875.00** | | **$58,338.89** | | | **3,875.00** | | **$48,898.80** | **0** | **($9,440.11)** |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @04/05/17 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **2.B) ClassPeriod Purchases Sold During Lookback Period** | | | | | | | | | | | |
| **2B. Total** | | **0** | | **$0.00** | | | **0** | | **$0.00** | **0** | **$0.00** |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @04/05/17 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |
| **2.C) ClassPeriod Purchases Held at the End of Lookback Period** | | | | | | | | | | | |
| | | | | | | | | | | | |
| **2C. Total** | | **0** | | **$0.00** | | | **0** | | **$0.00** | **0** | **$0.00** |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @04/05/17 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |
| Class Period Purchase Total | | 3,875.00 | | $58,338.89 | | | 3,875.00 | | $48,898.80 | 0 | ($9,440.11) |
| Grand Total | | 38,750.00 | | $58,339.20 | | | 30,650.00 | | $48,899.23 | 0 | |
| **Total LIFO Gain(Loss)** | | | | | | | | | | | **($9,440.11)** |

**Loss Calculation:**
1934 Act, Section 10(b).

**Retained Shares Calculation:**
Using Higher of Avg.Closing Price as of the date of sale or the Actual Sales Price.

**Share Matching:**
Using Match Same Day Transactions.

**Override Custodian Data:**
Using as reported by Custodian.

**Class Period Corporate Actions:**
10/01/2015 Stock Split 1.0 for 10.0