```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 03/01/2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE GLOBAL BROKERAGE, INC. f/k/a
FXCM INC. SECURITIES LITIGATION

Master File No. 1:17-cv-00916-RA

Nos. 1:17-cv-00916-RA
     1:17-cv-00955-RA
     1:17-cv-01028-RA
     1:17-cv-02506-RA

ORDER

CLASS ACTION

RONNIE ABRAMS, United States District Judge:

For the reasons stated on the record during today's conference, Defendants' motion to strike is denied and their motion to dismiss is granted without prejudice. Plaintiffs' request for leave to file a sur-reply is denied. Plaintiffs are granted leave to amend, and they must file their amended complaint by April 6, 2018. Defendants shall have until May 7, 2018, to file their response.

The Clerk of Court is respectfully directed to terminate the motions pending at Dkt. 88 and Dkt. 97.

SO ORDERED.

Dated:   March 1, 2018
          New York, New York

                                          Ronnie Abrams
                                          United States District Judge